&GAM 35
(Rev. 2/06)

**Request for Termination of Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  3:14-CR-00024-001 (LAG) |
| **JAMES MARCUS LLOYD, III** | |

Before the Court is Defendant Lloyd's Motion for Early Termination of Supervised Release. (Doc. 151).  On July 9, 2015, Lloyd was sentenced to 96 months custody followed by a 3-year term of supervised release for the offense of Possession of a Firearm by a Convicted Felon.  On July 2, 2021, the supervised release period of 36 months commenced.

In his Motion, the Defendant notes he has been under supervision for at least 1 year, he is self-employed, and has managed to stay out of trouble and change his life for the better.

## ORDER OF COURT

After a careful and individualized review of Lloyd's request and the criteria adopted by the Administrative Office of the United States Courts as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts regarding early termination, the Court finds that Lloyd does not meet the standards for early termination at this time.   Moreover, the Court, while recognizing Lloyd's progressive strides towards supervision objectives and his compliant conduct, has determined that further monitoring by the U.S. Probation Office is in the interests of justice.

Accordingly, Defendant's Motion for Early Termination of Supervised Release (Doc. 151) is hereby DENIED WITHOUT PREJUDICE.

## ORDER OF COURT

Pursuant to the above, it is ordered that the supervised releasee be continued under supervision.

Dated this ___23rd___ day of ___September___, 2022.

                                                               LESLIE ABRAMS GARDNER
                                                               U.S. DISTRICT JUDGE